UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA      CASE NO.: 3:24-cr-87-MMH-SJH

v.

JOSUE GARRIGA III
_____/

**DEFENDANT GARRIGA'S UNOPPOSED MOTION
TO CONTINUE SENTENCING HEARING**

**COMES NOW**, Defendant, JOSUE GARRIGA III, by and through undersigned counsel and hereby moves for a **two-week** continuance of the sentencing hearing in the above-captioned case.

In support hereof Defendant states as follows:

1. The sentencing hearing in the above-captioned case is presently scheduled for October 30, 2024.

2. After submitting to the PSI interview, the Defendant was provided with a financial affidavit. Because he is not allowed to utilize the internet, the financial affidavit was placed in the U.S. mail and, as of this writing, has not been received by U.S. Probation Officer, Irish Anderson. Measures are being undertaken to remedy this shortcoming.

3. As of this writing, the pre-sentence investigation Report (PSI) has not been issued. Undersigned counsel is certain that objections to the PSI will be forthcoming and will wish to submit a sentencing memorandum in support of said objections and in support of a departure and variance.

4. Undersigned counsel will be out of the country between October 3, 2024 and October 16, 2024. Before departing, undersigned counsel has an active Circuit Court docket.

5. Undersigned counsel has been advised by AUSA Kelly Milliron, that the United States is not opposed to a two-week continuance of the sentencing hearing.

6. The best interests of justice are advanced by the granting of this motion.

WHEREFORE, the premises considered, it is respectfully submitted that the above captioned Motion should be granted, and the sentencing hearing in this case be rescheduled for two weeks.

Respectfully Submitted,

**LAW OFFICES OF
M. ALAN CEBALLOS**

/s/ M. Alan Ceballos
_____

**M. Alan Ceballos, Esquire**
 Florida Bar No.:  353248
200 East Forsyth Street
Jacksonville, FL  32202
(904) 854-4400 Telephone
mac@alanceballoslaw.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Kelly Milliron, Esq., Laura Taylor, Esq. and Jennifer Harrington, Esq. of Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202 this 19th day of September, 2024.

/s/ M. Alan Ceballos
_____
M Alan Ceballos