# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No.   3:24-cr-87-MMH-SJH

JOSUE GARRIGA, III
 a/k/a "Sway"

_____

# O R D E R

**THIS CAUSE** is before the Court on Defendant Garriga's Unopposed Motion to Continue Sentencing Hearing (Dkt. No. 61; Motion) filed on September 19, 2024.  In the Motion, Defendant seeks a continuance of the sentencing currently set for October 30, 2024, at 10:00 a.m.  See Motion at 1. In support of the request, defense counsel asserts that additional time is needed to file objections to the Presentence Investigation Report and to submit a sentencing memorandum.  See id.  In addition, defense counsel advises the Court that he is out of the country between October 3, 2024, and October 16, 2024.  See id.  Counsel for Defendant represents to the Court that counsel for the United States does not object to a two-week continuance.  See id. at 2. After due consideration, it is

**ORDERED:**

1.      Defendant Garriga's Unopposed Motion to Continue Sentencing Hearing (Dkt. No. 61) is **GRANTED**.

2.      The sentencing in this matter is continued to **Monday, November 18, 2024, at 11:00 a.m.** before the undersigned in Courtroom 10B.

   **DONE AND ORDERED** in Jacksonville, Florida this 20th day of September, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record